# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**SAIM SARWAR, Individually,**

      **Plaintiff,**

**v.**

  Case No.: 3:20-cv-1672-CSH

**SAYBROOK POINT MARINA LLC,**

      **Defendants.**

_____

## NOTICE OF SETTLEMENT

Plaintiff, by and through undersigned counsel, hereby gives notice to the Court that this matter has settled and it is anticipated that a request for dismissal will be filed within the next thirty (30) days.

Respectfully submitted,

Attorney for Plaintiff, SAIM SARWAR,

 /s/ L. Kay Wilson
L. Kay Wilson, Esq.
Fed. Juris: ct16084
WILSON LAW LLC
2842 Main Street, #332
Glastonbury, CT 06033
(860)559-3733 Tele/Text
Wilson@kaywilsonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of DECEMBER, 2020, a copy of the foregoing Motion For Default was filed electronically and served on all counsel of record via the Court's CM/ECF system.

/s/ L. Kay Wilson, Fed. Juris ct16084